OTTO BREHM INC., Appellant, v. WILLIAM BREWSTER, Defendant, and BEN BRUSTOWSKY, Copartners Doing Business under the Name of "BREWSTER'S BAKERY", Respondent.—

No opinion.  Present — Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.